**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| RICHARD REINERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WINN LAW GROUP, A PROFESSIONAL CORPORATION AND ASSET ACCEPTANCE, LLC,<br><br>　　　　Defendants. | Case No. 1:16-cv-00101-SAB<br><br>ORDER RE PARTIES' JOINT STIPULATION TO STAY DISCOVERY<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. All discovery in this action shall be stayed for thirty (30) days from the date of this order to allow for the Parties to finalize the terms of their proposed settlement;

2. No Party shall serve requests for discovery until the stay has expired;

3. No Party shall be required to respond to requests for discovery until the stay has expired;

4. No Party shall be required to serve expert disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(2), until the stay has expired;

5. No Party shall be required to conduct expert discovery until the stay

-1-

1         has expired;

2    6.    This Stipulation is made without prejudice to any Party's right to move

3         to extend the stay of discovery;

4    7.    This Stipulation applies to this proceeding only.

IT IS SO ORDERED.

Dated: __August 12, 2016__

_____
UNITED STATES MAGISTRATE JUDGE

-2-