# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REINERT, | ) Case No. 1:16-cv-00101-SAB |
| Plaintiff, | ) ORDER DISMISSING ACTION PURSUANT |
| | ) TO FEDERAL RULE OF CIVIL |
| vs. | ) PROCEDURE 41(a)(1)(a)(ii) |
| ASSET ACCEPTANCE, LLC, | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  **October 25, 2016**                    _____
                                                                  UNITED STATES MAGISTRATE JUDGE